IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Liberty Surplus Insurance Corp., et al., ) | |
| ) | Case No: 17 C 3176 |
| v. ) | |
| ) | Chief Judge Ruben Castillo |
| Custom Building Products ) | |

## ORDER

On January 24, 2019, Defendant Custom Building Products ("CBP") filed a Motion for Summary Judgment on Count VI – Negligent Misrepresentation (R. 139). The Court has carefully reviewed CBP's motion and denies it without prejudice for failure to file a statement of material facts in accordance with Northern District of Illinois Local Rule 56.1. The Court notes that CBP further failed to comply with the Local Rules by failing to notice its motion for presentment. *See* N.D. ILL. L.R. 5.3.

Under Local Rule 56.1(a), a motion for summary judgment must be supported not only by a memorandum of law, but also by "a statement of material facts as to which the moving party contends there is no genuine issue and that entitle the moving party to a judgment as a matter of law, and that also includes" a description of the parties and all facts supporting the court's venue and jurisdiction. N.D. ILL. L.R. 56.1(a). The rule further specifies the format of the statement, and the manner in which it must be supported. *Id.* Because CBP failed to file a statement of material facts, its motion for summary judgment (R. 139) is DENIED.

CBP is granted leave, however, to renew its motion by filing a properly supported one in compliance with the Federal and Local Rules by January 29, 2019. Given the upcoming trial in this matter, the renewed motion need not be noticed for presentment. Plaintiff's response to the renewed motion, if any, is due February 6, 2019. No reply is necessary.

Dated: January 25, 2019 /s/ 
Chief Judge Ruben Castillo